1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MACARAEG, on Behalf of Himself and All Others Similarly Situated, and as Private Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>ABM SECURITY SERVICES, INC., a California Corporation; ABM ONSITE SERVICES – WEST, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 3:15-cv-04470-RS<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SET SCHEDULE FOR MOTION TO REMAND, MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE DEADLINES**<br><br>ACTION FILED: May 1, 2015<br>ASSIGNED TO: Hon. Richard Seeborg |

Gibson, Dunn & Crutcher LLP

3
STIPULATED REQUEST FOR ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO REMAND AND
MOTION TO DISMISS; [PROPOSED] ORDER – CASE NO. 3:15-cv-04470-RS

# [~~PROPOSED~~] ORDER

On October 15, 2015, Plaintiff Michael Macaraeg ("Plaintiff") and Defendants ABM Security Services, Inc. and ABM Onsite Services – West, Inc. (collectively, "Defendants") filed a stipulated request to extend and modify certain deadlines associated with anticipated motion practice.

Good cause appearing, the Court sets the following deadlines follows:

| ACTION | DEADLINE |
|---|---|
| Plaintiff to File Motion to Remand | Tuesday, October 29, 2015 |
| Defendants to File Opposition to Motion to Remand | Tuesday, November 19, 2015 |
| Plaintiff to File Reply in Support of Motion To Remand | Thursday, December 3, 2015 |
| Hearing on Motion to Remand | December 17, 2015 |
| Defendants to File Motion to Dismiss | 28 calendar days from date of Court's ruling on Motion to Remand |
| Plaintiff to File Opposition to Motion to Dismiss | 21 calendar days from date of filing of Motion to Dismiss |
| Defendants to File Reply in Support of Motion to Dismiss | 14 calendar days from date of filing of Opposition to Motion to Dismiss |
| Hearing on Motion to Dismiss | First Thursday after 14 calendar days from date of filing of Reply in Support of Motion to Dismiss |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/19, 2015

_____
The Honorable Richard Seeborg
U.S. District Judge

Gibson, Dunn & Crutcher LLP

4
STIPULATED REQUEST FOR ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO REMAND AND MOTION TO DISMISS; [PROPOSED] ORDER – CASE NO. 3:15-CV-04470-RS