UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MACARAEG, on Behalf of Himself and All Others Similarly Situated, and as Private Attorney General,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ABM SECURITY SERVICES, INC., a California Corporation; ABM ONSITE SERVICES – WEST, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:15-cv-04470-RS<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DEADLINES PENDING RESOLUTION OF MOTION TO TRANSFER** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DEADLINES PENDING RESOLUTION OF MOTION TO TRANSFER – CASE NO. 3:15-CV-04470-RS

### [~~PROPOSED~~] ORDER

On December 31, 2015, Plaintiff Michael Macaraeg ("Plaintiff") and Defendants ABM Security Services, Inc. and ABM Onsite Services – West, Inc. (collectively, "Defendants") filed a stipulated request continue the January 14, 2016 Case Management Conference and related deadlines. Good cause appearing, the Court ORDERS that:

(1) the January 14, 2016 Case Management Conference and related deadlines be CONTINUED until after Defendants' Motion to Transfer is resolved; and

(2) this Court, or any transferee court, shall reset the date for the Case Management Conference after issuing a decision on Defendants' Motion to Transfer.

Dated: __1/4__, 2016

_____
The Honorable Richard Seeborg
U.S. District Judge

---

Gibson, Dunn & Crutcher LLP

1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DEADLINES PENDING RESOLUTION OF MOTION TO TRANSFER – CASE NO. 3:15-CV-04470-RS