1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MACARAEG, on Behalf of Himself and All Others Similarly Situated, and as Private Attorney General,<br><br>Plaintiff,<br><br>vs.<br><br>ABM SECURITY SERVICES, INC., a California Corporation; ABM ONSITE SERVICES – WEST, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 3:15-cv-04470-RS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE RE DEFENDANTS' MOTION FOR TRANSFER OF VENUE** |

# ~~[PROPOSED]~~ ORDER

On February 16, 2016, Plaintiff Michael Macaraeg ("Plaintiff") and Defendants ABM Security Services, Inc. and ABM Onsite Services – West, Inc. (collectively, "Defendants") filed a stipulated request to continue the hearing date for Defendants' motion to transfer venue to the Central District.

Good cause appearing, the Court GRANTS the parties' request. The motion hearing previously set for March 3, 2016 at 1:30 p.m. is continued to March 10, 2016 at 1:30 p.m. in Courtroom 3.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/17, 2016 ~~2015~~

_____
The Honorable Richard Seeborg
United States District Judge